UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAUSTINA PABLO JERONIMO,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>LOWELL CLARK, et al.,<br><br>　　　　　　　　Respondents. | Case No. C20-0164-RAJ-MAT<br><br>ORDER DIRECTING PETITIONER TO FILE SUPPLEMENTAL BRIEF |

On June 25, 2020, the Supreme Court decided *Department of Homeland Security v. Thuraissigiam*, --- S.Ct. ----, 2020 WL 3454809 (June 25, 2020). On June 27, 2020, the Government filed a notice of supplemental authority in which it asserts the Supreme Court's decision supports its "arguments in opposition to Petitioner's habeas petition, including the specific holding that habeas is not an available remedy to obtain a stay of removal." (Dkt. 13.)

Given the Government position, the Court ORDERS Petitioner to file a supplemental brief addressing *Thuraissigiam* **within 10 days** of the date of this Order. The Government shall not file a reply unless ordered by the Court.

\\

\\

ORDER DIRECTING PETITIONER TO
FILE SUPPLEMENTAL BRIEF - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this <u>1st</u> day of July, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING PETITIONER TO
FILE SUPPLEMENTAL BRIEF - 2