1

2

3

4

5                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                AT SEATTLE

7    FAUSTINA PABLO JERONIMO,

8                     Petitioner,              CASE NO. C20-0164-RAJ-MAT

9          v.

10   LOWELL CLARK, et al.,                     ORDER DIRECTING RESPONDENTS
                                               TO FILE SUPPLEMENTAL REPLY
11                    Respondents.

12

13         The Government filed a notice of supplemental authority regarding the Supreme Court's

14   recent decision in *Department of Homeland Security v. Thuraissigiam*, 140 S.Ct. 1959 (2020).

15   (Dkt. 13.) The Court ordered Petitioner to file a supplemental brief regarding the decision (Dkt.

16   15), which she did (Dkt. 16). The Court now ORDERS the Government to file a supplemental

17   reply regarding *Thuraissigiam* **within seven days** of the date of this order.

18         The Clerk is directed to send copies of this order to the parties and to the Honorable Richard

19   A. Jones.

20         DATED this 20th day of July, 2020.

21

22                                             _____
                                               Mary Alice Theiler
                                               United States Magistrate Judge
23

     ORDER DIRECTING RESPONDENTS
     TO FILE SUPPLEMENTAL REPLY
     PAGE - 1